**William A. SMITH, III, et al.,**
**Appellants,**

v.

**Louis V. KOERBER et al., Appellees.**

**No. 73–1186.**

United States Court of Appeals,
Fourth Circuit.

Argued June 4, 1973.

Decided July 9, 1973.

Paul Mark Sandler, Baltimore, Md. (Raymond F. Altman, and Ulman & Cohan, Baltimore, Md., on brief), for appellants.

William F. Mosner, Towson, Md., for appellees.

Before HAYNSWORTH, Chief Judge, and CRAVEN and WIDENER, Circuit Judges.

PER CURIAM:

We affirm on the opinion of the District Judge. Smith v. Koerber, 352 F. Supp. 591 (D.Md.1972).

Affirmed.

■

**RALSTON PURINA COMPANY,**
**Plaintiff-Appellant,**

v.

**UNITED RICE MILLING PRODUCTS COMPANY, INC., Defendant-Appellee.**

**No. 73–1487**
**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

July 19, 1973.

_____

* Rule 18, 5 Cir.; *see* Isbell Enterprises, Inc. v. Citizens Casualty Company of

J. R. Schmidt, John D. Kopfler, Hammond, La., for plaintiff-appellant.

Nathan T. Gisclair, Jr., Stanley McDermott, Jr., New Orleans, La., for defendant-appellee.

Before THORNBERRY, GOLDBERG and RONEY, Circuit Judges.

PER CURIAM:

This is an appeal from a judgment of the District Court finding that appellant, Ralston Purina Company, was not entitled to damages for an alleged breach of contract by appellee, United Rice Milling Products Company, Inc. We hold that the District Court did not err in finding (1) that the contracts being sued upon did not come into existence because an essential condition was not fulfilled, and (2) that appellant had received adequate notice of appellee's intention not to perform. We also hold that the District Court did not err in not applying the doctrine of equitable estoppel. *See* Muhleisen v. Allstate Ins. Co., 203 So.2d 847 (La.Ct.App.1967).

Affirmed.